**In the Interest of S.D.L.H. and P.S.J.L.H.**

**CLAY COUNTY JUVENILE OFFICER, Respondent,**

v.

**P.H., Jr. (Natural Father), Appellant.**

**Nos. WD 42218, WD 42219.**

Missouri Court of Appeals, Western District.

March 20, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1990.

Application to Transfer Denied June 19, 1990.

Jeffrey P. Hiles, Kansas City, for appellant.

Max Von Erdmannsdorff Kansas City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM.

Natural father appeals from juvenile court's orders making children wards of the court and requiring supervised visits because of the alleged sexual abuse of one child.

The juvenile court's orders are affirmed. Rule 84.16(b).